UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DIANA L. SALING,

          Plaintiff,

vs.

COMMISSIONER of Social Security,

          Defendant.

CV05-840-MO

STIPULATION FOR EAJA FEES

**MOSMAN, J.,**

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $$4556.63 shall be awarded, as expressly agreed by the parties, directly to attorney Linda Ziskin, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

IT IS SO ORDERED.

DATED this   25th   day of July, 2006.

          /s/ Michael W. Mosman
          HON. MICHAEL W. MOSMAN
          UNITED STATES DISTRICT JUDGE